# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/15/2021 |
| Case: 21–03060 | Form ID: ODSCY | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Stephen D. Finestone      sfinestone@fhlawllp.com

TOTAL: 1