# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/15/2021 |
| Case: 21–03060 | Form ID: SUM | Total: 2 |

**Recipients of Notice of Electronic Filing:**
pla      Kyle Everett      keverett@dsi.biz
aty      Stephen D. Finestone      sfinestone@fhlawllp.com

TOTAL: 2