Michael St. James, CSB No. 95653
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Inverness Advisors, LLC and Tom Peters

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br>BENJA INCORPORATED<br>      Debtor | Case No. 20-30819 DM<br>Chapter 7 |
| KYLE EVERETT, TRUSTEE<br>      Plaintiff<br>vs.<br>THOMAS B. PETERS<br>      Defendant | Case No. 21-03060 DM<br><br>DATE:   January 28, 2022<br>TIME:   10:30 a.m.<br>JUDGE:  Honorable Dennis Montali |

**Notice of Hearing on Motion to Dismiss**

PLEASE TAKE NOTICE THAT on January 28, 2022 at 10:30 a.m. Defendant Tom Peters will move the Honorable Dennis Montali, United States Bankruptcy Judge, to dismiss the First and Second Claims for Relief herein on the grounds that they seek relief for transfers made "with actual fraudulent intent," but the allegations of fraud have not been made with the particularity required by Fed. R. Civ. P. 9(b); Fed. R. Bankr. P. 7009.

PLEASE TAKE FURTHER NOTICE THAT the foregoing hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE THAT any opposition to the Motion must be served and filed with the Court no later than January 14, 2022.

Copies of the moving papers are available upon request to the undersigned counsel.

DATED: December 26, 2021         ST. JAMES LAW, P.C.


                                 By: /s/ *Michael St James* .
                                     Michael St. James
                                     Counsel for Defendants