

Signed and Filed: March 7, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for A. Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819 DM<br>Chapter 7 |
| A. KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS B. PETERS,<br><br>Defendant. | Adversary Proceeding No. 21-03060 DM<br><br>**ORDER APPROVING STIPULATION TO THE FILING OF A FIRST AMENDED COMPLAINT** |

Upon due consideration and good cause appearing thereof, Plaintiff, A. Kyle Everett, ("Plaintiff"), and Defendant, Thomas B. Peters ("Defendant"), having stipulated to Plaintiff's filing of an amended complaint (ECF 12) (the "Stipulation"), and good cause appearing therefor, the Court hereby orders as follows:

1. The Stipulation is approved.

ORDER APPROVING STIPULATION

2. Plaintiff is granted leave to file an amended complaint in the above-captioned adversary proceeding.

3. Regardless of whether a summons issues on the amended complaint, Defendant has 20 calendar days from the filing of the amended complaint to file his response.

**\*\* END OF ORDER \*\***

**Court Service List**

*ECF Participants Only*

ORDER APPROVING STIPULATION