1  Michael St. James, CSB No. 95653
2  ST. JAMES LAW, P.C.
3  236 West Portal Avenue, Suite 305
   San Francisco, California  94127
4  (415) 391-7566 Telephone
5  (415) 391-7568 Facsimile
   michael@stjames-law.com
6

7

8  **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

9  In re

10

11  **The updated address information shown**
    **below applies to the bankruptcy cases and**
12  **adversary proceedings appearing on the**
    **attached list.**
13

14

15

16

17  **NOTICE OF CHANGE OF ADDRESS**

18  **PLEASE TAKE NOTICE** the address of St. James Law, P.C.

19  has changed.  The new address is:

20       Michael St. James, CSB No. 95653
         ST. JAMES LAW, P.C.
21       236 West Portal Avenue, Suite 305
         San Francisco, California  94127
22

23

24
    Please update your records accordingly.
25

26

27  Date:                              */s/ Michael St. James*
                                              Signature
28

[2/2021]

# Select a Case

**There was 1 matching person.**

**There were 44 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|-----------|----------------------|-----------|-----------|------------|
| St. James, Michael (aty) (44 cases) | 08-30989 | Sand Hill Capital Partners III, LLC | 7 | 06/05/08 | N / A | N / A |
| | 08-32514 | Heller Ehrman LLP | 11 | 12/28/08 | N / A | N / A |
| | 10-46683 | Tranax Technologies, Inc. | 7 | 06/11/10 | N / A | N / A |
| | 12-32747 | The Zuercher Trust of 1999 | 7 | 09/26/12 | N / A | N / A |
| | 13-30477 | Monica H. Hujazi | 7 | 03/01/13 | N / A | N / A |
| | 17-30326 | Mayacamas Holdings LLC | 7 | 04/07/17 | N / A | N / A |
| | 17-30327 | Profit Recovery Center LLC | 7 | 04/07/17 | N / A | N / A |
| | 17-31272 | MedCision, LLC | 11 | 12/20/17 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |
| | 19-41949 | Pleasanton Fitness, LLC | 7 | 08/27/19 | N / A | N / A |
| | 20-03128 | Resolution Law Firm P. C. v. Kristul | *Lead BK:* 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-03129 | Raskin et al v. Kristul | *Lead BK:* 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-03130 | Tkach et al v. Kristul | *Lead BK:* 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-30238 | Maria Kristul | 7 | 03/03/20 | N / A | N / A |
| | 20-30310 | Public Bikes, Inc. | 11 | 03/31/20 | N / A | N / A |
| | 20-30812 | International Orange Spa, Inc. | 11 | 10/11/20 | N / A | N / A |
| | 20-30819 | Benja Incorporated | 7 | 10/15/20 | N / A | N / A |
| | 20-40954 | Specialty's Cafe and Bakery, Inc. | 7 | 05/27/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [20-41119](#) | BAP Properties, LLC | 7 | 07/01/20 | N / A | N / A |
| [20-41614](#) | Hector C. Krauss and Erica Caputi-Krauss | 7 | 10/06/20 | N / A | N / A |
| [20-51604](#) | RS Air, LLC | 11 | 11/06/20 | N / A | N / A |
| [21-03060](#) | Everett v. Peters | *Lead BK:* 20-30819 Benja Incorporated | 11/13/21 | N / A | N / A |
| [21-30399](#) | Multerra Bio, Inc. | 7 | 05/27/21 | N / A | N / A |
| [21-40614](#) | Chor Nar Siu Ng | 11 | 04/30/21 | N / A | N / A |
| [21-41479](#) | Wheels America San Francisco, L.L.C. | 11 | 12/11/21 | N / A | N / A |
| [21-51138](#) | Delfino Nava Cardenas and Amparo Magana Cardenas | 13 | 08/30/21 | N / A | N / A |
| [21-51255](#) | Dutchints Development LLC | 7 | 09/29/21 | N / A | N / A |
| [21-51477](#) | Watsonville Hospital Corporation | 11 | 12/05/21 | N / A | N / A |
| [22-03024](#) | Schoenmann v. Schoenmann et al | *Lead BK:* 22-30028 E. Lynn Schoenmann | 05/16/22 | N / A | N / A |
| [22-10381](#) | Spring Mountain Vineyard Inc. | 11 | 09/29/22 | N / A | N / A |
| [22-30028](#) | E. Lynn Schoenmann | 7 | 01/14/22 | N / A | N / A |
| [22-30062](#) | PTSS, Inc. (fka Professional Technical Security Se | 7 | 02/01/22 | N / A | N / A |
| [22-30667](#) | William Francis McDonagh, III | 13 | 12/06/22 | N / A | N / A |
| [22-41290](#) | Montgomery Realty Group, LLC | 7 | 12/20/22 | N / A | N / A |
| [22-50960](#) | Charles R. Balanoj | 13 | 10/20/22 | N / A | N / A |
| [23-01006](#) | SJOCC, INC. v. Belvedere Debt Holdings, LLC et al | | 08/03/23 | N / A | N / A |
| [23-03017](#) | Schoenmann v. Schoenmann | *Lead BK:* 22-30028 E. Lynn Schoenmann | 04/24/23 | N / A | N / A |
| [23-03023](#) | Nob Hill Inn City Plan Owners Association v. Nob Hill Inn City Plan Owners Association et al | *Lead BK:* 23-30368 Nob Hill Inn City Plan Owners Association | 07/06/23 | N / A | N / A |
| [23-04001](#) | Montgomery Realty Group, LLC v. Jo-Ann Stores, LLC | *Lead BK:* 22-41290 Montgomery Realty | 01/10/23 | N / A | N / A |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Group, LLC | | | | |
| 23-10021 | Angela Kay Duerr | 7 | 01/17/23 | N / A | N / A |
| 23-30368 | Nob Hill Inn City Plan Owners Association | 11 | 06/10/23 | N / A | N / A |
| 23-30430 | GRS Restaurant Group, Inc. | 11 | 06/30/23 | N / A | N / A |
| 23-30434 | Geoffrey Richard Swenson | 13 | 07/05/23 | N / A | N / A |
| 23-50588 | Rajendra Dinesh Maniar | 11 | 06/02/23 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/12/2023 11:43:16 | | | |
| **PACER Login:** | MichaelStJames | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: St. James Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |