| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Stephen D. Finestone (SBN 125675)<br>Jennifer C. Hayes (SBN 197252)<br>FINESTONE HAYES LLP<br>456 Montgomery St., Suite 1300<br>San Francisco, California 94104<br>Telephone No.: 415.414.0466<br>Fax No.: 415.398.2830<br>sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com |
| 6<br>7 | Attorneys for Kyle Everett,<br>Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>  Debtor. | Case No. 20-30819 DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS B. PETERS,<br><br>  Defendant. | Adversary Proceeding No. 21-03060 DM<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

Plaintiff Kyle Everett and Defendant Thomas B. Peters stipulate that this adversary proceeding may be dismissed with prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each party to bear its own fees and costs. The parties request that the Court enter an order approving this stipulation.

STIPULATION TO DISMISS ADVERSARY PROCEEDING

Dated: December 5, 2024

FINESTONE HAYES LLP

By: /s/ *Jennifer C. Hayes*
    Jennifer C. Hayes
    Attorneys for Plaintiff Kyle Everett

Dated: December 5, 2024

By:     *Thomas B. Peters*
    Thomas B. Peters

STIPULATION TO DISMISS ADVERSARY PROCEEDING