Signed and Filed: December 19, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
FINESTONE HAYES LLP
456 Montgomery St., Suite 1300
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819 DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS B. PETERS,<br><br>Defendant. | Adversary Proceeding No. 21-03060 DM<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

Upon due consideration and good cause appearing therefor, and pursuant to the Stipulation to Dismiss Adversary Proceeding filed on December 18, 2024 as ECF No. 22 (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved. The above-captioned adversary proceeding is dismissed with prejudice, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

2. Each party shall bear its own fees and costs.

**\*\*END OF ORDER\*\***

ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING

1

COURT SERVICE LIST

*ECF Participants Only*